UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON L. HARTMAN,

    Plaintiff,

v.                                                                                         Case No. 09-5028

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the National Board of Medical Examiners ("NBME"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion the Court entered in this action on the 9th day of March, 2010, and the Preliminary Injunction Order entered in this action on the 22nd day of March, 2010.

                                                  EASTBURN AND GRAY, P.C.

                                                  By: _____
                                                      Jane Leopold-Leventhal
                                                      Grace M. Deon
                                                      Attorneys for Defendant,
                                                      National Board of Medical
                                                      Examiners

                                                      60 East Court Street
                                                      P.O. Box 1389
                                                      Doylestown, PA 18901
                                                      Ph.: 215-345-7000

Dated: March 24, 2010                                Fax: 215-345-9142