UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN, | : | |
| | : | |
| Plaintiff | : | No. 09-5028 |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | Civil Action |
| Defendant | : | |

## CERTIFICATE OF SERVICE

Grace M. Deon, counsel for Defendant, National Board of Medical Examiners, certifies that on the 24th day of March, 2010, she served, via electronic filing, a true and correct copy of Defendant's Notice of Appeal, to the following:

        Charles Weiner, Esquire
        179 North Broad Street
        Doylestown, PA 18901

        EASTBURN AND GRAY, P.C.

        _____
        Jane E. Leopold-Leventhal
        Grace M. Deon
        Attorneys for Defendant,
        National Board of Medical Examiners