AARON L HARTMAN

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Appellant