**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

**No: 10-1852**

AARON L. HARTMAN,              :
                              :
      Plaintiff/Appellee     :
                              :        Eastern District of Pennsylvania,
                              :        Civil No. 09-cv-5028
      v.                      :
                              :
NATIONAL BOARD OF              :
MEDICAL EXAMINERS,             :
                              :
      Defendant/Appellant    :


**CERTIFICATE OF SERVICE**

      Grace M. Deon, counsel for Appellant, National Board of Medical Examiners, certifies that on the 30th day of March, 2010, she served a true and correct copy of the documents named below, via electronic filing, to Appellee's counsel of record, Charles Weiner, Esquire, 179 North Broad Street, Doylestown, PA 18901. <u>Documents served</u>: Appearance Forms, Civil Information Statement, Disclosure Statement, Transcript Purchase Order and Concise Summary of the Case.

                                            EASTBURN and GRAY, P.C.

                                            By: _____
                                                Grace M. Deon
                                                Jane E. Leopold-Leventhal

                                            60 East Court Street
                                            P.O. Box 1389
                                            Doylestown, PA 18901
                                            Ph.:  215-345-7000
                                            Fax: 215-345-9142