# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than **14** days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Aaron Hartman, Appellee v. National Board of Medical Examiners, Appellant

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 09-cv-5028
Date proceedings initiated in D.C.: 11-2-09
Date Notice of Appeal filed: 3-24-10
USCA No.: 10-1852

## COUNSEL ON APPEAL

Appellant(s): National Board of Medical Examiners

Name of Counsel: Jane E. Leopold-Leventhal and Grace M. Deon, Esquires
Name of Party(ies): National Board of Medical Examiners
Address: 60 East Court Street, Doylestown, PA 18901
Telephone No.: 215-345-7000
Fax No.: 215-345-9142
E-mail: jell@eastburngray.com and gdeon@eastburngray.com

For Appellee(s): *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Charles Weiner, Esquire
Name of Party(ies): Aaron Hartman
Address: 179 North Broad Street, Doylestown, PA 18901
Telephone No.: 215-348-4283
Fax No.: 215-340-2412
E-mail: charles@charlesweiner

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?            Yes [ ]    No [✓]
Appeals Docket No.: _____

Was there a previous appeal in case?   Yes [ ]    No [✓]
If yes, Short Title: _____
Appeals Docket No.: _____
Citation, if reported: _____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? [ ] Yes [✓] No
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   [ ] Yes   [✓] No

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

| 1. FEDERAL STATUTES | 3. CONTRACTS |
|---|---|
| [ ] ANTITRUST | [ ] ADMIRALTY/MARITIME |
| [ ] BANKRUPTCY | [ ] ARBITRATION |
| [ ] BANKS & BANKING | [ ] COMMERCIAL |
| [✓] CIVIL RIGHTS | [ ] EMPLOYMENT |
| [ ] COMMERCE, ROUTES, AND TARIFFS | [ ] INSURANCE |
| [ ] COMMODITIES | [ ] NEGOTIABLE DISBURSEMENTS |
| [ ] COMMUNICATIONS | [ ] OTHER Specify: _____ |
| [ ] CONSUMER PROTECTION | |
| [ ] COPYRIGHT | 4. PRISONER PETITIONS |
| [ ] PATENT | [ ] CIVIL RIGHTS |
| [ ] TRADEMARK | [ ] VACATE SENTENCE 2255 |
| [ ] ELECTION | [ ] HABEAS CORPUS 2254 |
| [ ] ENERGY | [ ] HABEAS CORPUS 2241 |
| [ ] ENVIRONMENTAL | [ ] MANDAMUS/PROHIBITION |
| [ ] FOIA FREEDOM OF INFORMATION | [ ] OTHER Specify: _____ |
| [ ] IMMIGRATION | |
| [ ] LABOR | 5. OTHER |
| [ ] OSHA | [ ] FORFEITURE |
| [ ] SECURITIES | [ ] CIVIL GRAND JURY |
| [ ] SOCIAL SECURITY | [ ] TREATY Specify: _____ |
| [ ] TAX | [ ] OTHER Specify: _____ |
| [ ] EQUAL ACCESS TO JUSTICE | |
| [ ] OTHER Specify: _____ | |

2. TORTS
[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/WARRANTY
[ ] DIVERSITY
[ ] OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served on each party or their counsel of record this _30th_ day of _March_, 20_10_.

_____
(Signature of Counsel)

Rev : 1/09