OFFICE OF THE CLERK



**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 13, 2010

Charles Weiner. Esq.
179 North Broad Street
Doylestown, PA 18901-0000

RE: Aaron Hartman v. Natl Bd of Med Examiners
Case Number: 10-1852
District Case Number: 2-09-cv-05028

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically.** See **3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Pursuant to our docketing letter dated **03/29/2010**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**

As of this date, we have not received your form(s).

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

**Very truly yours,**

*Marcia M. Waldron*
**Marcia M. Waldron, Clerk**

**By: Case Manager/dwb**
**267-299-4252**

cc:

    **Grace M. Deon, Esq.**
    **Jane E. Leopold-Leventhal, Esq.**