UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-1852

Aaron Hartman- Appellee vs. National Board of Medical Examiners

**ENTRY OF APPEARANCE**

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check only one):

| | | |
|---|---|---|
| ____ Petitioner(s) | ____ Appellant(s) | ____ Intervenor (s) |
| ____ Respondent(s) | ✓ Appellee(s) | ____ Amicus Curiae |

(Type or Print) Counsel's Name  Charles Weiner

✓ Mr.   ____ Ms.   ____ Mrs.   ____ Miss

Firm  Law Office of Charles Weiner

Address  179 North Broad Street

City, State, Zip Code  Doylestown, PA 18901

Phone  (215) 348-4283     Fax  (215) 340-2412

**Primary E-Mail Address (required)**  charles@charlesweinerlaw.com

**Additional E-Mail Address (1)**  cweinlaw@gmail.com
**Additional E-Mail Address (2)**  _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. ***YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.***

**SIGNATURE OF COUNSEL:**  /s/ CW4713

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV. 10/16/09