# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

## USCA No. 10-1852

| | |
|---|---|
| AARON L. HARTMAN, | : |
| Plaintiff/Appellee | : |
| | : Eastern District of Pennsylvania, |
| | : Civil No. 09-cv-5028 |
| v. | : |
| | : |
| NATIONAL BOARD OF | : |
| MEDICAL EXAMINERS, | : |
| Defendant/Appellant | : |

## MOTION FOR PARTIAL REMAND

Appellee, AARON L. HARTMAN and Appellant NATIONAL BOARD OF MEDICAL EXAMINERS, hereby jointly move for a partial remand of the above-referenced appeal and, in support thereof state the following:

1. The parties have participated in the Third Circuit's Mediation Program with Penny Conly Ellison serving as the Mediator. With the assistance of Ms. Ellison, the parties have agreed to the terms of a proposed settlement.

2. A condition of that settlement is the District Court's granting of a Motion to Vacate the District Court's Memorandum decision dated March 9, 2010 and entered by the Court on March 22, 2010 (D. Ct. Dkt. 31), and the corresponding Preliminary Injunction Order dated and entered by the District Court on March 22, 2010 (D. Ct. Dkt. 30).

3. Accordingly, the parties hereby request that this Court order a Partial Remand of this case for the purpose of permitting the District Court to entertain a Motion to Vacate as described in paragraph 3 of this Motion for Partial Remand, *supra*.

4. Upon the District Court's granting of the Motion to Vacate, the parties will file a Joint Stipulation in accordance with Federal Rule of Appellate Procedure 42(b), dismissing this appeal to the Third Circuit.

Respectfully submitted,

_____
Charles Weiner
179 North Broad Street
Doylestown, PA  18901
Telephone:  215-340-3412

*Attorney for Appellee, Aaron Hartman*

_____
Jane E. Leopold-Leventhal
Grace M. Deon
EASTBURN AND GRAY, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, PA  18901
Telephone:  215-345-7000

*Attorneys for Appellant, National Board of Medical Examiners*

Dated: August _____, 2010

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

USCA No. 10-1852

| | |
|---|---|
| AARON L. HARTMAN, | : |
| Plaintiff/Appellee | : Eastern District of Pennsylvania, |
| v. | : Civil No. 09-cv-5028 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendant/Appellant | : |

**CERTIFICATE OF SERVICE**

Jane E. Leopold-Leventhal, counsel for Defendant/Appellant, National Board of Medical Examiners, certifies that on the 19th day of August, 2010, she served via first class mail and electronic mail a true and correct copy of Motion to Remand, to counsel of record named below:

Charles Weiner, Esquire
179 North Broad Street
Doylestown, PA 18901
charles@charlesweinerlaw.com

EASTBURN AND GRAY, P.C.

_____
Jane E. Leopold-Leventhal
Grace M. Deon
Attorneys for Defendant/Appellant,
National Board of Medical Examiners