UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**August 19, 2010**
ACO-189

<u>No. 10-1852</u>

AARON L. HARTMAN

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,
Appellant

(E.D. Pa. No.2-09-cv-05028)


Present:     **SLOVITER**, and **AMBRO**, <u>Circuit Judges</u>


Joint Motion for Partial Remand of this Case for the Purpose of Permitting the District Court to Entertain a Motion to Vacate the District Court's Memorandum Decision dated March 09, 2010 and the Corresponding Preliminary Injunction Order dated March 22, 2010.


                                        /s/Desiree White-Banks
                                        Case Manager (267)299-4252

Response due 09/02/2010

**O R D E R**

The foregoing Joint Motion for partial remand is hereby granted.



                                        By the Court,


                                        /s/ Thomas L. Ambro
                                        Circuit Judge

Dated: August 24, 2010

10-1852
RE: Aaron Hartman v. Natl Bd of Med Examiners
Page 2

DWB/cc:
    Charles Weiner, Esq.
    Grace M. Deon, Esq.
    Jane E. Leopold-Leventhal, Esq.