UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

USCA No. <u>10-1852</u>

---

AARON L. HARTMAN,

    Plaintiff/Appellee

            Eastern District of Pennsylvania,
            Civil No. 09-cv-5028

v.

            The Honorable Louis J. Pollak

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant/Appellant

---

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.A.P. 42(B)

    Pursuant to the District Court's Order of October 14, 2010, vacating the preliminary injunction decision that was the subject of this appeal, and the settlement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

_____
Jane E. Leopold-Leventhal
*Counsel for Appellant,*
National Board of Medical
Examiners

60 East Court Street
Doylestown, PA 18901

(215) 345-7000

_____
Charles Weiner
*Counsel for Appellee,*
Aaron L. Hartman

179 North Broad Street
Doylestown, PA 18901

(215) 348-4283