# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-1852

Aaron Hartman v. Natl Bd of Med Examiners

2-09-cv-05028

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 03, 2010

cc:

    Grace M. Deon Esq.
    Jane E. Leopold-Leventhal Esq.
    Charles Weiner Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.